W. H. PRESCOTT, PLAINTIFF IN ERROR, V. THEODORE
M. JONES, DEFENDANT IN ERROR.

**Setting Aside Verdict.** To justify the court in setting aside the
verdict of a jury because it is not sustained by the evidence, it
is not sufficient that the court, if sitting as a jury, would have
reached a different conclusion from that arrived at by the jury,
but the verdict must be clearly wrong.

ERROR to the district court for Adams county.

*A. H. Bowen* and *James Laird,* for plaintiff in error.

*Batty & Ragan,* for defendant in error.

MAXWELL, J.

The only error assigned in this case is that the verdict is
not sustained by the evidence. In such case, in order to
justify the court in setting the verdict aside, it is not suffi-
cient that the court, if sitting as a jury, would have reached
a different conclusion from that arrived at by the jury. If
such was the law, it would virtually abolish trial by jury.
It is only where the verdict is clearly wrong that it will be
set aside.

The testimony in this case is conflicting, and there is no
such preponderance against the verdict as would justify the
court in setting it aside. The judgment is therefore af-
firmed.

JUDGMENT AFFIRMED.